In the Matter of AMERICAN INDEPENDENT INSURANCE Co., Appellant, v NOVA ACUPUNCTURE, P.C., et al., Respondents.

Submitted January 9, 2017; decided March 28, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.